IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        :           CRIMINAL ACTION
                                :
            v.                  :
                                :
EDUARDO GREGORIO AZOCAR         :           NO. 16-137-1
```

ORDER

And now, this   22nd   day of February 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Eduardo Gregorio Azocar to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 38) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
                             J.