IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
          v.                      :
                                  :
EDUARDO GREGORIO AZOCAR           :          NO. 16-137

ORDER

AND NOW, this 17th day of January 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Eduardo Gregorio Azocar for a sentence reduction under 28 U.S.C. § 3582(c)(2)(Doc. #46) is DENIED.

BY THE COURT:


/s/  Harvey Bartle III
                                              J.